UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GARY RAY CORNELIUS ) | CASE NO. 17-04796-JJG |
| KAREN MARIE CORNELIUS ) | |
| ) | |
| DEBTOR(S) ) | |

## MOTION TO EXTEND TIME TO CURE DEFICIENT FILING ON MOTION FOR SANCTIONS

Come(s) now the Debtor(s), Gary Ray Cornelius and Karen Marie Cornelius, by counsel, and move(s) the Court to extend to and including **January 25th, 2018** the time in which the Debtor(s) must file corrected Service on Motion for Sanctions. No other extensions have been filed.

By: /s/ Andrew Sawin
Sawin & Shea LLC
Attorneys for Debtor(s)
6100 N KEYSTONE AVE STE 620
INDIANAPOLIS IN  46220-2430
ecf@sawinlaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on the following parties through the Court's Electronic Case Filing System or by first-class U.S. Mail, postage prepaid:

U.S. Trustee

Ch 7/13 Trustee

January 10, 2018                    /s/ Andrew Sawin