SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CORNELIUS, GARY RAY | ) CASE NO. 17-04796-JJG-13 |
| CORNELIUS, KAREN MARIE | ) |
| | ) |
| DEBTORS. | ) |

## AMENDED CERTIFICATE OF SERVICE

I certify that a copy of the Motion for Sanctions for Violation of the Automatic Stay filed on December 14, 2017, was served on the following parties through the Court's Electronic Case Filing System or by first-class U.S. Mail, postage prepaid on December 14, 2017:

U.S. Trustee; Ch 13 Trustee

NYS Child Support Processing Center
PO Box 15368
Albany, NY 12212-5368

Further, I certify that a copy of the Motion for Sanctions for Violation of the Automatic Stay filed on December 14, 2017, was served on the following parties by certified mail by first-class U.S. Mail, postage prepaid on January 12, 2018:

HRA/Department of Social Services
Attn: Commissioner Steven Banks
33 Beaver Street, 17th Floor
New York, NY 10004

Office of the Attorney General
Attn: Attorney General Eric Schneiderman
The Capitol
Albany, NY 12224-0341

Department of Social Services
Office of Legal Affairs/Subpoena Unit
4 World Trade Center
150 Greenwich Street, 38th Floor
New York, NY 10007

Date: December 14, 2017

By: /s/ Andrew Sawin
Sawin & Shea LLC
Attorneys for Debtors
6100 N KEYSTONE AVE STE 620
INDIANAPOLIS IN  46220-2430
(317) 255-2600
ecf@sawinlaw.com