SO ORDERED: January 26, 2018.



_____
Jeffrey J. Graham
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SCAUSE (rev 05/2016)

In re:

**Gary Ray Cornelius**,
**Karen Marie Cornelius**,
　　　　Debtors.

Case No. **17−04796−JJG−13**

## ORDER TO APPEAR AT HEARING AND SHOW CAUSE

Show Cause Heairng on Debtors' Motion for Sanctions Pursuant to 11 U.S.C. Sec. 362(k) re: NYC−HRA Office of Child Support Enforcement

**IT IS ORDERED** that NYC−HRA Office of Child Support Enforcement appear before the Court and show cause as to why NYC−HRA Office of Child Support Enforcement should not be held in contempt or sanctions should not be imposed. The hearing will be held as follows:

　　Date:　March 1, 2018
　　Time:　01:30 PM EST
　　Place:　Rm. 311 U.S. Courthouse
　　　　　　46 E. Ohio St.
　　　　　　Indianapolis, IN 46204

The Clerk's Office will distribute this order.

　　　　　　　　　　　###