UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CORNELIUS, GARY RAY | ) CASE NO. 17-04796-JJG-13 |
| CORNELIUS, KAREN MARIE | ) |
| | ) |
| DEBTORS | ) |

## JOINT MOTION TO CONTINUE

Comes now the Debtor(s), Gary Ray Cornelius and Karen Marie Cornelius, by counsel, and move the Court for an Order continuing the Motion for Sanctions Hearing on Motion for Sanctions for Violation of the Automatic Stay, and in support whereof show the Court as follows:

1. The hearing is presently scheduled for Thursday, March 1st, 2018, at 1:30 PM EST.

2. Counsel for Debtor(s) and Hugh H. Schull, Counsel for NYC-HRA Office of Child Support Enforcement are working towards a settlement and would like to continue the hearing for thirty (30) days to see if they can resolve the issues.

3. Hugh H. Schull, Counsel for NYC-HRA Office of Child Support Enforcement does not object to this Motion to Continue.

WHEREFORE, the Debtor(s), Gary Ray Cornelius and Karen Marie Cornelius, by counsel, respectfully moves the Court for an Order continuing the Motion for Sanctions Hearing on Motion for Sanctions for Violation of the Automatic Stay **for at least thirty (30) days**.

        Respectfully submitted,
        By: **/S/ ANDREW SAWIN**
        Sawin & Shea LLC
        6100 N. Keystone Ave., Ste. 620
        Indianapolis, IN  46220
        Telephone:  (317) 255-2600
        Attorneys for the Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by U.S. Mail or electronically:

U.S. Trustee
Ch 7/13 Trustee

Hugh H. Schull III
Assistant Corporation Counsel
Admitted to NYSB, USDC SDNY and EDNY
100 Church Street, Room 5-233
New York, NY  10007

Zachary W. Carter
Corporation Counsel of the City of New York
Attorney for the City of New York
100 Church Street, Room 5-233
New York, NY  10007

Date **February 28, 2018**          **/S/ ANDREW SAWIN**
        Sawin & Shea LLC
        Attorneys for Debtor(s)