SO ORDERED: March 1, 2018.



_____
Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

S000300 (rev 12/2017)

In re:

**Gary Ray Cornelius**,
**Karen Marie Cornelius**,
    Debtors.

Case No. **17–04796–JJG–13**

## ORDER CONTINUING HEARING

A Joint Motion to Continue Hearing was filed on February 28, 2018, by Joint Debtor Karen Marie Cornelius and Debtor Gary Ray Cornelius.

    Continued Show Cause Hearing on Debtors' Motion for Sanctions Pursuant to 11 U.S.C. Sec. 362(k) re: NYC–HRA Office of Child Support Enforcement and Creditor's Response thereto

**IT IS ORDERED** that the Joint Motion to Continue Hearing is **GRANTED** and that a hearing will be held as follows:

    Date: April 18, 2018
    Time: 02:00 PM EDT
    Place: Rm. 311 U.S. Courthouse
           46 E. Ohio St.
           Indianapolis, IN 46204

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing parties.

Attorney for the debtor must distribute this order.

###