# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | GARY RAY & KAREN MARIE CORNELIUS |
| **Case Number:** | 17-04796-JJG-13    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 18, 2018 02:00 PM   IP 311 |
| **Bankruptcy Judge:** | JEFFREY J. GRAHAM |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

## *Matter:*

Continued Show Cause Hearing on Debtors' Motion for Sanctions Pursuant to 11 U.S.C. Sec. 362(k) re: NYC-HRA Office of Child Support Enforcement and Creditor's Response thereto  [38][60]

**R / M #:**   0 / 0

VACATED:   Pursuant to parties on 4/18/18, Agreed Entry to be filed within 30 days to resolve matter.

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Pursuant to parties on 4/18/18, Agreed Entry to be filed within 30 days to resolve matter.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**